THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-302-MR-DLH

| | |
|---|---|
| REGINA SPAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ALLIED INTERSTATE, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on notice from the parties that this case has been completely settled [Doc. 5]. The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED**.

Signed: November 6, 2012

Martin Reidinger
United States District Judge